UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORA YOUNG, | Civil Action No. 1:25-cv-05054 |
| *Plaintiff*, | Hon. Jennifer L. Rochon, U.S.D.J. |
| v. | |
| THE YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF THE CITY OF NEW YORK, | |
| *Defendant*. | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to FED. R. CIV. P. 7.1, Defendant The Young Women's Christian Association of the City of New, by and through its attorneys Gordon Rees Scully Mansukhani LLP, hereby represents that it has no parent corporation(s), subsidiaries, or affiliated entities.

    Respectfully submitted,

    GORDON REES SCULLY MANSUKHANI, LLP
    *Attorneys for Defendant The Young Women's Christian Association of the City of New York.*

    By: *s/ Douglas E. Motzenbecker*
        Douglas E. Motzenbecker
        Suzy Ezzat
        One Battery Park Plaza - 28th Floor
        New York, New York 10004
        Telephone: 1-212-269-5500
        Facsimile: 1-212-269-5505
        Email: dmotzenbecker@grsm.com

DATED: December 4, 2025        sezzat@grsm.com