

# David Zevin

## Attorney at Law

55 Cedar Drive, Roslyn, NY 11576
Telephone: (516) 849-5335
Fax: (206) 333-0228
Email: Law@ZevinLaw.com

June 15, 2026

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Via ECF

      Re:    Young v. The Young Women's Christian Association of the City of New York
                25-cv-05054 (JLR)

Dear Judge Rochon,

      I represent Plaintiff, Debora Young, in the above-referenced matter and write today jointly with Defendant pursuant to Your Honor's May 18, 2026 Order.

      Pursuant to Your Honor's Order, the parties were to have submitted a joint letter and Civil Case Management Plan and Scheduling Order by today. The partner handling this matter at Defendant's firm however has left the firm, making meeting today's deadline difficult, but more importantly has rekindled hopes of settlement. The parties therefore respectfully request an adjournment of both the filing deadline and the initial pretrial conference, currently scheduled for June 24, 2026. The parties would normally have requested a 30-day adjournment for both, however I begin a trial on July 24, 2026 in Omre v. Dorfman, Index No. 500155/2010, in Kings County Supreme Court. Plaintiff therefore respectfully requests a 60-day adjournment of the conference, with the joint letter and Civil Case Management Plan and Scheduling Order due 10 days prior if we have not settled. Any dates 60 days or beyond as measured from the current dates are mutually agreeable to the parties. There have been no previous requests for adjournment.

      The parties thank you for your consideration of this matter, and apologize for any inconvenience this may cause.

Request GRANTED, in part.  Given how long the case has been pending, the initial pretrial conference is adjourned to August 19, 2026, at 10:00 a.m., and the parties' pre-conference submissions are due ten days prior.

Respectfully Submitted,

David Zevin, Esq.
*Attorney for Plaintiff*
55 Cedar Drive
Roslyn, NY 11576
516-849-5335
Law@ZevinLaw.com

Dated: June 16, 2026
     New York, New York

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**