GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

DAVID J. GRECH
dgrech@grsm.com

SUZY EZZAT
sezzat@grsm.com

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

The parties' request at Dkt. No. 34 is **GRANTED**. The settlement conference scheduled for December 10, 2026, at 2:15 p.m. ET (Dkt. No. 31) is **ADJOURNED** sine die. All deadlines in the Court's Order at Dkt. No. 31 are also **ADJOURNED** sine die.

By **December 28, 2026**, the parties shall file a joint letter updating the Court on the status of their settlement discussions, and if they wish to reschedule the settlement conference, proposing at least three dates and times on which the parties are available.

The Clerk of Court is respectfully directed to close Dkt. No. 34.

SO ORDERED. November 25, 2026

SARAH L. CAVE
United States Magistrate Judge

November 25, 2026

**VIA ECF**
The Honorable Sarah L. Cave, Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Young v. The Young Women's Christian Association of the City of New York*
Case No.: 1:25-cv-05054 (JLR)(SLC)

Dear Magistrate Judge Cave:

We represent Defendant The Young Women's Christian Association of the City of New York in this case. Pursuant to Section I.D. of Your Honor's Individual Practices in Civil Cases and the Standing Order Applicable to Settlement Conferences Before Your Honor (specifically Sections 4 and 9) we write jointly with counsel for Plaintiff Debora Young to respectfully request an adjournment of the settlement conference, currently scheduled before Your Honor on December 10, 2026.

Counsel for the parties have met and conferred concerning the need for an adjournment of the date of the settlement conference. An adjournment would permit further discovery and exchange of information that would make the settlement conference more productive. Discovery and the exchange of information in anticipation of the settlement conference are not where counsel for the parties had expected them to be at this time. Counsel for Plaintiff is preparing for trial in another matter. The undersigned counsel for Defendant has been dealing with a family medical issue and will likely be on leave on the currently scheduled date for the settlement conference.

Thus, under Section 9 of the Standing Order, the parties wish to postpone the December 10, 2026 settlement conference by more than 45 days and therefore jointly and respectfully request an adjournment *sine die*. The parties expect to be prepared to participate in a settlement conference and request that it be adjourned until in or around early to mid-February 2027. There have been no previous requests for an adjournment of the settlement conference. The parties also intend to separately submit a proposed Revised Case Management Plan to the Court for review.

We thank the Court for its consideration of this request and are available at the Court's convenience should it have any questions.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Suzy Ezzat*
Suzy Ezzat

Cc. All Attorneys of Record (via ECF)